THE BANK OF AMERICA, Respondent, *v.* P. J. TIERNEY SONS, INC., Appellant, Impleaded with Others. (Actions Nos. 1 & 2.)

(Argued November 19, 1929; decided December 3, 1929.)

*Nathan R. Margold* and *Leonard Acker* for appellant.
*Jackson A. Dykman* and *Ralph W. Crolly* for respondent.

Judgments in each action affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CARDOZO, Ch. J.